# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT CROOMS JR** **#217020226E9** | **CASE NO. 6:18-CV-00303** **SEC P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN VERMILION PARISH CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECRRED that this habeas corpus petition be **DENIED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion to Preserve Rights [Doc. 6], Motion for Status Hearing of Pre-Trial Investigation and Motion to Rebut Pre-Conspiracy [Doc. 7], Motion for Stay Order [Doc. 8], Motion for Pre-Trial Exoneration [Doc. 9], and Motion to Seal Documents [Doc. 11] be **DENIED**.

Signed at Monroe, Louisiana on this 14th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE